HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN # 127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JONATHAN PATRICK TURRENTINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-mj-00148 AC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE DETENTION HEARING** |
| v. | ) | |
| JONATHAN PATRICK TURRENTINE, | ) | Judge:  Honorable Deborah Barnes |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between plaintiff, United States of American, through Assistant United States Attorney James R. Conolly, and defendant, JONATHAN PATRICK TURRENTINE, through his attorney Assistant Federal Defender David M. Porter, that the detention hearing scheduled for September 27, 2021, be vacated and continued to Thursday, September 30, 2021 at 2:00 p.m.  The continuance is needed to permit defense counsel to communicate with Mr. Turrentine and to investigate issues related to release.

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: September 27, 2021 | |
| | Respectfully submitted, |
| PHILLIP A. TALBERT<br>Acting U.S. Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *James R. Conolly*<br>JAMES R. CONOLLY<br>Assistant U.S. Attorney | s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorneys for Plaintiff<br>UNITED STATES OF AMERICA | Attorneys for Defendant<br>JONATHAN PATRICK TURRENTINE |

**ORDER**

Pursuant to the stipulated request of counsel, and good cause appearing therefor, the request to continue the detention hearing is **GRANTED.** The hearing currently set for September 27, 2021, is **vacated**, and the hearing is **continued** to Thursday, September 30, 2021, at 2:00 p.m.

Dated: September 27, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE