PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN PATRICK TURRENTINE,<br><br>Defendant. | CASE NO. 2:21-MJ-148-AC<br><br>STIPULATION REQUESTING TO RE-SET DATE FOR PRELIMINARY HEARING UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c)<br><br>DATE: October 7, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney James Conolly, and defendant Jonathan Turrentine, by and through his counsel of record, Assistant Federal Defender David M. Porter, request jointly that the Court move the current preliminary hearing date from October 7, 2021, to October 14, 2021. To support that request, the parties stipulate as follows:

1. The Complaint in this case was filed on September 17, 2021, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on September 23, 2021. ECF Nos. 1 & 5. At that appearance, defense counsel requested to continue the detention hearing to the following week. ECF No. 5. With the question of detention pending, out of caution, the Court set a preliminary hearing date of October 7, 2021, to comply with Federal Rule of Criminal Procedure 5.1(c)'s 14-day limit to hold such a hearing for a defendant in custody. *Id*.

2. At the detention hearing on September 30, 2021, following a recommendation from the

Pretrial Services Officer, and after hearing from the parties, the Court ordered the defendant released on Pretrial Services supervision, an unsecured bond, and other conditions. ECF No. 9.

3. With the defendant now out of custody, Rule 5.1(c) allows for the preliminary hearing to be held within 21 days of the defendant's initial appearance. By this stipulation, the parties jointly request to continue the preliminary hearing date to October 14, 2021, at 2:00 p.m., before the duty Magistrate Judge. Because the date of October 14, 2021 remains within the 21-day limit of Rule 5.1(c), and the Court is therefore not extending the window in which the preliminary hearing must occur, the Court need not make a finding that the defendant has waived time or find that time is excludable under any other provision. Nevertheless, the parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case.

IT IS SO STIPULATED.

Dated: October 4, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: October 4, 2021

/s/ DAVID M. PORTER
DAVID M. PORTER
Assistant Federal Defender
Counsel for Defendant
JONATHAN PATRICK TURRENTINE

PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN PATRICK TURRENTINE,<br><br>Defendant. | CASE NO. 2:21-MJ-148-AC<br><br>[PROPOSED] FINDINGS AND ORDER RE-SETTING DATE FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(c)<br><br>DATE: October 7, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

The Court has read and considered the Stipulation Requesting to Re-set Date for Preliminary Hearing Under to Federal Rule of Criminal Procedure 5.1(c), filed by the parties in this matter on October 4, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, establishes permissible reason to move the preliminary hearing date to October 14, 2021, pursuant to Rule 5.1(c) of the Federal Rules of Criminal Procedure.

THEREFORE:

1. The date of the preliminary hearing is continued to October 14, 2021, at 2:00 p.m.; and

2. Defendant shall appear by video teleconference at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  October 4, 2021

*/s/ Jeremy Peterson*
The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER                    1